ST. MATTHEWS GAS & ELECTRIC SHOP, Inc., Appellant, v. The VERKAMP CORPORATION, Inc., Appellee.

No. 11753.

United States Court of Appeals Sixth Circuit.

April 15, 1953.

Henry J. Burt, Jr., Louisville, Ky., for appellant.

Kames W. Stites, T. Kennedy Helm, Jr., Louisville, Ky., and Nelson Schwab, Jr., Cincinnati, Ohio, for appellee.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This appeal having been considered by the Court on the record, briefs and argument of counsel for the respective parties;

And the Court being of the opinion that the Findings of Fact of the District Judge are not clearly erroneous, and that he correctly found and applied his Conclusions of Law applicable thereto. Verkamp Corporation, Inc. v. St. Matthews Gas & Electric Shop, Inc., D.C., 108 F.Supp. 249;

It is ordered that the judgment of the District Court be affirmed.

Sarah Ann SANDERS, Adm'x, Appellant, v. SOUTHERN RAILWAY CO., etc., Appellee.

No. 11702.

United States Court of Appeals Sixth Circuit.

April 14, 1953.

Writ of Certiorari Denied June 15, 1953.

See 73 S.Ct. 1148.

Hughie Ragan and H. Carmack Murchison, Jackson, Tenn., for appellant.

Caruthers Ewing, Memphis, Tenn., for appellee.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

And it appearing that the case was properly submitted to the jury under appropriate instructions;

And it appearing that substantial evidence supports the verdict of the jury;

And no reversible error appearing in the record;

It is ordered that the judgment be and it hereby is affirmed.